# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Raytheon Technical Services Company, LLC | ) ASBCA No. 58873 |
| | ) |
| Under Contract Nos. N00014-06-C-0290 | ) |
| DTRA01-01-C-0067 | ) |
| DTRA01-01-D-0013 | ) |
| N00173-04-C-6022 | ) |
| N00039-02-C-0003 | ) |
| FA8217-04-C-0035 | ) |
| N63394-04-D-1250 | ) |
| N65236-01-D-3818 | ) |

APPEARANCES FOR THE APPELLANT:

Neil S. Whiteman, Esq.
Sarah B. Gleich, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

Of Counsel:
Michael W. Mutek, Esq.
  Vice President and General Counsel

APPEARANCES FOR THE GOVERNMENT:

E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Manassas, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 July 2014

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58873, Appeal of Raytheon Technical Services Company, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals